

*U.S. Department of Justice*

*United States Attorney
Eastern District of New York*

*271 Cadman Plaza East
Brooklyn, New York  11201*

July 14, 2012

**By Electronic Mail and ECF**

Lawrence M. Hermann, Esq.
37-51 76th Street
Jackson Heights, New York 11372

    Re:  United States v. Luis Garcia
           Criminal Docket No. 09 CR 330 (DLI)

Dear Mr. Hermann:

    Enclosed please find copies of reports evidencing statements made by the defendant during the course of his cooperation dated 3/28/08 (2 pages); 4/1/08 (2 pages); and 7/14/08 ( 4 pages).

    If you have any questions or further requests, please do not hesitate to contact me.

                        Very truly yours,

                        LORETTA E. LYNCH
                        United States Attorney

               By:  _____
                      Patricia E. Notopoulos
                      Douglas M. Pravda
                      Assistant U.S. Attorney
                      (718) 254-6354

cc: Clerk of Court (JG) w/o Enclosure